UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,

        Plaintiff - Appellee,

  v.

CLOROX COMPANY,

        Defendant - Appellee.

_____

SONIA NEWMAN,

        Objector-Appellant

No. 11-55136

D.C. No. 3:06-cv-02705-CAB
U.S. District Court for Southern California, San Diego

**MANDATE**

---

SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,

        Plaintiff - Appellee,

  v.

CLOROX COMPANY,

        Defendant - Appellee.

_____

OMAR RIVERO

No. 11-55150

D.C. No. 3:06-cv-02705-CAB
U.S. District Court for Southern California, San Diego

Objector - Appellant

---

SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,

        Plaintiff - Appellee,

 v.

CLOROX COMPANY,

        Defendant - Appellee.

_____

SAM P. CANNATA,

        Objector - Appellant

No. 11-55189

D.C. No. 3:06-cv-02705-CAB
U.S. District Court for Southern California, San Diego

The judgment of this Court, entered May 24, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Theresa Benitez
                                      Deputy Clerk